## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>PEARSON, DOUGLAS W.<br>PEARSON, JULIANNE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-08927 JS<br><br>JUDGE JOHN SQUIRES |

## TRUSTEE'S FINAL REPORT

To:     THE HONORABLE JOHN SQUIRES
        BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 07/26/06.  The Trustee was appointed on 07/26/06.  An order for relief under Chapter 7 was entered on 07/26/06.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.  The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.      The disposition of estate property is set forth in Exhibit B.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 9/25/07 is as follows:

a. RECEIPTS (See Exhibit C)                                    $_____15,069.28

b. DISBURSEMENTS (See Exhibit C)                              $_____13.09

c. NET CASH available for distribution                        $_____15,056.19

d. TRUSTEE/PROFESSIONAL COSTS
   1. Trustee compensation requested (See Exhibit E)          $_____2,256.93
   2. Trustee Expenses (See Exhibit E)                        $_____190.00
   3. Compensation requested by attorney or other
      professionals for trustee (See Exhibit F)               $_____3,936.59
e. Illinois Income Tax for Estate (See Exhibit G)            $_____0.00

5.    The Bar Date for filing unsecured claims expired on <u>04/04/07</u>.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a. Allowed unpaid secured claims                              $_____0.00

b. Chapter 7 Administrative and 28 U.S.C. §1930 claims        $_____6,383.52

c. Allowed Chapter 11 Administrative Claims                   $_____0.00

d. Allowed priority claims                                    $_____42,625.21

e. Allowed unsecured claims                                   $_____1,607,384.92

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.   Professional's compensation and expense requested but not yet allowed is

$3,936.59.   The total of Chapter 7 professional fees and expenses requested for final allowance is

$6,383.52. (A summary of the professional fees and expenses previously requested is attached hereto as

Exhibit G.)

9.    A fee of $5,000.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:  9/25/07                                 RESPECTFULLY SUBMITTED,


By:/s/David E. Grochocinski
        DAVID GROCHOCINSKI, TRUSTEE
        1900 RAVINIA PLACE
        ORLAND PARK, IL  60462
        Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Pearson, Douglas & Julianne

September 25, 2007

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/22/2007 | DEG | Review of IRS secured claim filed in NJ not IL; letter to them regarding back secured interest and ask to amend | 2.30 350.00/hr | 805.00 |
| 4/10/2007 | DEG | Discuss with AWR regarding IRS rules on Perfection of Interest; place to file etc. | 0.60 350.00/hr | 210.00 |
| | | SUBTOTAL: | [    2.90 | 1,015.00] |

General administration

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/9/2007 | DEG | Research into priority of tax lien versus trustee rights General administration | 0.50 350.00/hr | 175.00 |
| | DEG | Phone call to IRS administrator regarding claim status as secured General administration | 0.20 350.00/hr | 70.00 |
| 4/11/2007 | DEG | Westlaw research into priority of liens with IRS cases General administration | 0.50 350.00/hr | 175.00 |
| | DEG | Phone call from IRS regarding their claim and trustee objection to same General administration | 0.30 350.00/hr | 105.00 |
| 4/23/2007 | DEG | Drafted check to American Auction regarding appraisal costs on vehicles General administration | 0.30 350.00/hr | 105.00 |
| 9/24/2007 | DEG | Prepared final report General administration | 3.50 350.00/hr | 1,225.00 |
| | DEG | Prepared letters for prompt determination to IRS and IDR along with check for tax due; review of returns and invoice from accountant General administration | 1.50 350.00/hr | 525.00 |
| | | SUBTOTAL: | [    6.80 | 2,380.00] |



EXHIBIT

A

Pearson, Douglas & Julianne                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

IRS Claim

| 4/12/2007 | DEG | Review of file; prepare letter to attorney requeseting information on preference payments and copies of documents<br>IRS Claim | 0.30<br>350.00/hr | 105.00 |
|  | DEG | Review cases and articles regarding perfection of IRS lien<br>IRS Claim | 1.20<br>350.00/hr | 420.00 |

SUBTOTAL:                                                            [        1.50        525.00]

For professional services rendered                                           11.20      $3,920.00

## TRUSTEE COSTS

1)  **Recorder of Deeds**                                      $  40.00

2)  **American Auction Associates – Appraisal Fee**        <u>150.00</u>

**TOTAL COSTS**                                          $<u>190.00</u>

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |


TOTAL RECEIPTS                                         $_____15,069.28


TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                        $_____0.00


TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                              $_____51,080.04

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

## Form 1

Page: 1

### Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 06B-08927 JS | **Trustee:** (520067)    DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** PEARSON, DOUGLAS W. | **Filed (f) or Converted (c):** 07/26/06 (f) |
| PEARSON, JULIANNE | **§341(a) Meeting Date:** 09/12/06 |
| **Period Ending:** 09/25/07 | **Claims Bar Date:** 04/04/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 28 W. 146 GARY MILL ROAD, WINFIELD, IL | 555,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING | 100.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | ANTIQUES | 200.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 8 | IRA & 401K | 6,230.04 | 0.00 | | 0.00 | FA |
| 9 | 100% OWNER RACE TIME, INC | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2002 JAQUAR XJ8 4 DOOR | 18,310.00 | 13,510.00 | | 12,255.00 | FA |
| 11 | 2001 CHEVY VAN | 5,745.00 | 2,745.00 | | 2,745.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 69.28 | Unknown |
| **12** | **Assets**    **Totals** (Excluding unknown values) | **$592,335.04** | **$16,255.00** | | **$15,069.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

AWAITING COMPLETION OF BAR DATE AND CLAIMS RESOLUTION; LIKELY NEED TO CONSOLIDATE ESTATES FOR TAX PURPOSES; TAX RETURNS AND ACCOUNTANT REQUIRED

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 06B-08927 JS |
| **Case Name:** | PEARSON, DOUGLAS W. |
| | PEARSON, JULIANNE |
| **Period Ending:** | 09/25/07 |

| | |
|---|---|
| **Trustee:** (520067) | DAVID GROCHOCINSKI, TRUSTEE |
| **Filed (f) or Converted (c):** | 07/26/06 (f) |
| **§341(a) Meeting Date:** | 09/12/06 |
| **Claims Bar Date:** | 04/04/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property __Abandoned__ OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 30, 2007          **Current Projected Date Of Final Report (TFR):** April 30, 2008

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 06B-08927 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | PEARSON, DOUGLAS W. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | PEARSON, JULIANNE | Account: | ***-*****28-65 - Money Market Account |
| Taxpayer ID #: | 13-7550142 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/25/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/06 | | JULIANNE PEARSON | PURCHASE OF 2001 JAGUAR AND 2001 EXPRESS VAN | | 15,000.00 | | 15,000.00 |
| | {11} | | 2,745.00 | 1129-000 | | | 15,000.00 |
| | {10} | | 12,255.00 | 1129-000 | | | 15,000.00 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.62 | | 15,002.62 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 10.00 | | 15,012.62 |
| 02/12/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #06B-08927, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 13.09 | 14,999.53 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.48 | | 15,007.01 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.01 | | 15,015.02 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.28 | | 15,023.30 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.28 | | 15,031.58 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.75 | | 15,039.33 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.56 | | 15,047.89 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.30 | | 15,056.19 |

|  |  | Subtotals : | $15,069.28 | $13.09 |
|---|---|---|---|---|

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06B-08927 JS
**Case Name:** PEARSON, DOUGLAS W.
PEARSON, JULIANNE
**Taxpayer ID #:** 13-7550142
**Period Ending:** 09/25/07

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****28-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 15,069.28 | 13.09 | $15,056.19 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 15,069.28 | 13.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,069.28 | $13.09 | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06B-08927 JS |
| **Case Name:** | PEARSON, DOUGLAS W. |
| | PEARSON, JULIANNE |
| **Taxpayer ID #:** | 13-7550142 |
| **Period Ending:** | 09/25/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****28-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 15,069.28 |
| Net Estate : | $15,069.28 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****28-65** | **15,069.28** | **13.09** | **15,056.19** |
| **Checking # ***-*****28-66** | **0.00** | **0.00** | **0.00** |
| | **$15,069.28** | **$13.09** | **$15,056.19** |

{} Asset reference(s)

Printed: 09/25/2007 10:18 AM    V.9.55

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| PEARSON, DOUGLAS W. | | |
| PEARSON, JULIANNE | | CASE NO. 06B-08927 JS |
| | | JUDGE JOHN SQUIRES |
| Debtor(s) | | |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE,</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,383.52 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 8,672.67 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 15,056.19 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 6,383.52 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 190.00 | 190.00 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 2,256.93 | 2,256.93 |
| ADMIN3 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 870.00 | 870.00 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,007.50 | 3,007.50 |
| ADMIN5 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 59.09 | 59.09 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 5.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL      $ | 0.00 |

| 6.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL      $ | 0.00 |

| 7.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL      $ | 0.00 |

| 8.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL      $ | 0.00 |

| 9.      TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL      $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $        0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL      $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $     42,625.21 | 20.35% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 007 | STATE OF WISCONSIN DEPT. OF REVENUE | 42,625.21 | 8,672.67 |
| | | TOTAL      $ | 8,672.67 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $        0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL      $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $   1,607,384.92 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 002 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | 283.12 | 0.00 |
| 003 | DISCOVER BANK/DISCOVER FINANCIAL SVC | 12,334.15 | 0.00 |
| 004 | CITIBANK SD NA | 6,353.11 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 213,328.47 | 0.00 |
| 006 | CITIBANK SD NA | 333.58 | 0.00 |
| 008 | CITIBANK SD NA | 155.97 | 0.00 |
| 009 | JP MORGAN CHASE BANK NA | 1,374,596.52 | 0.00 |

|  | TOTAL | |
|---|---|---|
| | $ | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 001 | CHASE AUTO FINANCE CORP C/O MARY LUTENBACH, NAT'L BKCY DEPT. 201 N. CENTRAL AVENUE, AZ1-1191 PHOENIX, AZ  85004- | $    16,460.57 | Disallowed |

     WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____        _____
                                      DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** |  |  |  |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 3,007.50 |  |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 59.09 |  |
|  |  |  | 3,066.59 |
| **Accountant for Trustee** |  |  |  |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 870.00 |  |
|  |  |  | 870.00 |
| **Attorney for Debtor** |  |  |  |
|  |  |  | 0.00 |
| **Other Professionals** |  |  |  |
|  |  |  | 0.00 |
| TOTALS | $ 0.00 | $ 3,936.59 | $ 3,936.59 |

1