**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: <br> PEARSON, DOUGLAS W. <br> PEARSON, JULIANNE <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 06B-08927 JS <br><br> JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  DUPAGE COUNTY COURTHOUSE
        505 N. COUNTY FARM ROAD, ROOM 2000
        WHEATON, ILLINOIS 60187

   On:  **November 16, 2007**
   At:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         15,069.28

   b. Disbursements                         $              13.09

   c. Net Cash Available for Distribution   $         15,056.19

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $190.00 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $2,256.93 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $870.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $3,007.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $59.09 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $42,625.21 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 20.35%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 007 | STATE OF WISCONSIN DEPT. OF REVENUE | $ 42,625.21 | $ 8,672.67 |

7. Claims of general unsecured creditors totaling $1,607,384.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 002 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | $ 283.12 | $ 0.00 |
| 003 | DISCOVER BANK/DISCOVER FINANCIAL SVC | $ 12,334.15 | $ 0.00 |

| | | | |
|---|---|---|---|
| 004 | CITIBANK SD NA | $ 6,353.11 | $ 0.00 |
| 005 | INTERNAL REVENUE SERVICE | $ 213,328.47 | $ 0.00 |
| 006 | CITIBANK SD NA | $ 333.58 | $ 0.00 |
| 008 | CITIBANK SD NA | $ 155.97 | $ 0.00 |
| 009 | JP MORGAN CHASE BANK NA | $ 1,374,596.52 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor

Dated: **October 23, 2007**

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| PEARSON, DOUGLAS W. | |
| PEARSON, JULIANNE | CASE NO. 06B-08927 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 2,256.93 |
| 2. | Trustee's expenses | $ | 190.00 |
| | TOTAL | $ | 2,446.93 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 3,007.50 |
| | b. Expenses | $ | 59.09 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 870.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

      d. Chapter 11 Expenses    $_____0.00

3.    Other Professionals

          TOTAL    $_____3,936.59

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200_.

          ENTERED  _____
                       JOHN SQUIRES
                       UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 06-08927   Doc 50   Filed 10/23/07   Entered 10/26/07 00:03:50   Desc Imaged
Certificate of Service   Page 6 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                 Page 1 of 1              Date Rcvd: Oct 23, 2007
Case: 06-08927                    Form ID: pdf002             Total Served: 24

The following entities were served by first class mail on Oct 25, 2007.
db          +Douglas W. Pearson,    28 W 146 Gary's Mill Road,    Winfield, IL 60190-1550
jdb         +Juliann Pearson,    28 W 146 Gary's Mill Road,    Winfield, IL 60190-1550
aty         +Brian G. Snyder,    Drew and Snyder,    7622 West 159th Street,    Orland Park, IL 60462-5402
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
10836994    +Adelman, Gettleman, Merens, Berish,    c/c J.P. Morgan Chase Bank,
              53 W. Jackson Blvd., Suite 1050,    Chicago, IL 60604-3786
10836995    +Attn: Thomas X. Fritsch,    Spire Financial Corp.-c/o Smith Man,    885 Third Avenue, 34th Floor,
              New York, NY 10022-4834
10836996    +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
10836997    +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
10836998    +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10836999    +Chase Bank, N.A.,    J.P. Morgan,    120 S. LaSalle,    Chicago, IL 60603-3403
10837000    +Citgo/Citi,    Po Box 6003,    Hagerstown, MD 21747-6003
10951857    +Citibank ( South Dakota ) N.A.,    POB 182149,    Columbus, OH 43218-2149
10983709     Citibank (South Dakota), N.A.,    Exception Payment Processing,    P.O. Box 6305,
              The Lakes, NV 88901-6305
11162364    +Citibank (South Dakota). N.A.,    DBA: Citgo,    4740 121st ST,    Urbandale, Ia 50323-2402
10837002   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    Mail Stop 5016 CHI,    230 S. Dearborn,    Chicago, IL 60604)
10961609   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
              P.O.Box 21126,    Philadelphia,Pa 19114)
11283415    +JPMorgan Chase Chase Bank, NA,    Adam Silverman,    Adelman & Gettleman,
              53 W. Jackson Blvd Ste 1050,    Chicago, Il 60604-3786
10837003     National City,    P.O. Box 856153,    Louisville, KY 40285-6153
10837004    +National City Mortgage,    Po Box 1820,    Dayton, OH 45401-1820
11062140     State Of Wisconsin Department Of Revenue,    Post Office Box 8901,    Madison, Wisconsin 53708-8901
10837008    +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
The following entities were served by electronic transmission on Oct 24, 2007.
10836996    +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 24 2007 04:01:21      Bank Of America,
              Po Box 1598,    Norfolk, VA 23501-1598
10879855    +Fax: 602-221-4614 Oct 24 2007 05:06:03      Chase Auto Finance Corp.,    c/o Mary Lutenbach,
              National Bankruptcy Department,    201 N CENTRAL AVE AZI-1191,    PHOENIX,AZ 85004-0073
10837001     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2007 04:01:55      Discover Fin Svs Llc,
              Po Box 15316,    Wilmington, DE 19850
10924347    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2007 04:01:55
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10837005      Phillip M. Singer
10837006      Phillip M. Singer/ Richard K. Rot
10837007      Richard K. Rot
                                                                                             TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2007**        **Signature:** *Joseph Speetjens*