IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

IN RE:                                CHAPTER 7 CASE
PEARSON, DOUGLAS W.
PEARSON, JULIANNE              CASE NO. 06B-08927 JS

                                             JUDGE JOHN SQUIRES
                    Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 2,256.93 |
| 2. | Trustee's expenses | $ | 190.00 |
| | TOTAL | $ | 2,446.93 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 3,007.50 |
| | b. Expenses | $ | 59.09 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 870.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

|  |  |  |
|---|---|---|
| d. Chapter 11 Expenses | $ | 0.00 |

3. Other Professionals

TOTAL  $ 3,936.59

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200_ .

ENTERED
NOV 1 6 2007
John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT

ENTERED _____
JOHN SQUIRES
UNITED STATES BANKRUPTCY JUDGE